IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHELSEA CLOTHIER CONWAY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 6:25-cv-03279-MDH** |
| | ) | |
| **MISSOURI DEPARTMENT OF SOCIAL SERVICES, CHILDREN'S DIVISION, *et al.*** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 47). The parties stipulate to the dismissal of this action with prejudice, with each party to bear its own costs.

WHEREFORE, after reviewing the parties' Joint Stipulation of Dismissal with Prejudice, the Court hereby dismisses this case in its entirety, with prejudice, and with each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: September 22, 2026

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**